UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BOBBY D. GREEN ]
    Plaintiff, ]
]
v. ] No. 3:06-0446
] Judge Campbell
METROPOLITAN POLICE ]
DEPARTMENT, et al. ]
    Defendants. ]

**O R D E R**

By an order (Docket Entry No.375) entered June 20, 2013, the plaintiff's application to proceed on appeal as a pauper was denied.

The plaintiff was granted thirty (30) days in which to submit the full appellate filing fee.

The thirty day period has long since expired and the plaintiff has not yet paid the appellate filing fee. Instead, he has filed a Motion to Waive Filing Fee (Docket Entry No.377), a Motion for a More Definite/Particularized Statement that an Appeal would not be brought in Good Faith (Docket Entry No.378), and a Motion to Supplement Appeal (Docket Entry No.381).

The instant action was dismissed by an order (Docket Entry No.315) entered on November 18, 2008. The dismissal was affirmed by the Sixth Circuit Court of Appeals. *See* Docket Entry No.343.

The plaintiff has apparently been unable to accept the

dismissal and has continued to file pleadings in this case. For that reason, the Court determined that plaintiff's latest appeal (Docket Entry No.370) was not being brought in good faith. When a Court certifies that an appeal is not being brought in good faith, that Court is obliged to deny appellate pauper status. 28 U.S.C. § 1915(a)(3).

The plaintiff has offered no new allegations suggesting that his appeal was being brought in good faith. Accordingly, the plaintiff's Motion to Waive Filing Fee and Motion for a More Definite/Particularized Statement are hereby DENIED.

To the extent that the plaintiff would like to supplement his appeal with additional claims, this Court has no authority to grant such a Motion (Docket Entry No.381). Therefore, this Motion is also DENIED.

It is so ORDERED.

_Todd Campbell_
Todd Campbell
United States District Judge